CERTIFIED TRUE COPY

JUL 1 5 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 7-21-05

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 29 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1682

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE HYDROGEN PEROXIDE ANTITRUST LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

FILED
JUL 25 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

On June 16, 2005, the Panel transferred one civil action to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Stewart Dalzell.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Dalzell.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of June 16, 2005, \_\_\_\_F.Supp.2d\_\_\_\_ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Stewart Dalzell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1682
## IN RE HYDROGEN PEROXIDE ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-1757 | Captree Chemical Corp. v. Degussa Corp., et al. |
| CAN 3 05-1769 | Mississippi River Corp. v. Degussa Corp., et al. |
| CAN 4 05-918 | American Fiber Resources International v. Degussa Corp., et al. |
| CAN 4 05-938 | Riverside Chemicals, Inc. v. ATOFINA Chemicals, Inc., et al. |
| CAN 4 05-985 | BHS Marketing, LLC v. Degussa Corp., et al. |
| CAN 4 05-1021 | Thatcher Co. v. Degussa Corp., et al. |
| CAN 4 05-1046 | Norman Fox & Co. v. Degussa Corp., et al. |
| CAN 4 05-1077 | Seeler Industries, Inc. v. Degussa Corp., et al. |
| CAN 4 05-1079 | Pacifica Chemical Inc. v. ATOFINA Chemicals, Inc., et al. |
| CAN 4 05-1284 | Central Marin Sanitation Agency v. FMC Corp., et al. |